**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Luis A. Serrano, Esq. (SBN 349024)
lserrano@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Tel: (310) 933-4271 | Fax: (310) 889-0645

Attorneys for Plaintiff
VINOO THOMAS

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave,
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOO THOMAS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10,<br><br>                    Defendants. | Case No.  4:24-cv-09079-JST<br><br>Judge:  Hon. Jon S. Tigar<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO** |

The Court, having reviewed the Parties' Joint Stipulation and for good cause appearing, orders as follows:

1.    The Parties' Stipulation is approved.

2.    Northern District of California Case No. 4:24-cv-09079-JST is hereby remanded to the Superior Court of the State of California, County of San Mateo.

**IT IS SO ORDERED.**

Dated:   June 3, 2026

_____
Hon. Jon S. Tigar
United States District Court Judge

-1-